UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-10070-CIV-KING

JILLIAN MAY SPANULO,

    Plaintiff,

v.

THE WOODEN SPOON CORPORATION,
a Florida corporation, d/b/a The Wooden
Spoon and also as The Wreck Galley and
Grill, TIMOTHY LANGDON, and
ELIZABETH LANGDON,

    Defendants,
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, Jillian May Spanulo, files this statement of claim as required by the Court's Notice of FLSA Procedures [DE05], and says:

1. Count 1 demands unpaid overtime wages in the amount of $1,962 plus an additional equal amount as liquidated damages. That amount was determined by multiplying the 541 hours of overtime by the half rate of the federal minimum wage ($3,625).

2. Count 2 demands unpaid minimum wages under the Fair Labor Standards Act in the amount of $4,320.00 plus an additional equal amount as liquidated damages. Plaintiff estimates that she worked 1,541 hours during her employment with the defendants. She should have been paid $11,172.25 ($7.25 x 1,541) for that period of time, but she was paid $6,855. The difference is $4,320 in unpaid federal minimum wages.

3. Count 3 demands unpaid minimum wages under the Florida Minimum Wage Act in the amount of $5,559.04 plus an additional equal amount as liquidated damages. Plaintiff

   worked for the defendant as a bar tender and a server from about July 15, 2014 to January 7, 2015.  During that time period the Florida minimum hourly wage of $7.93 for 2014 and $8.05 for the year 2015.  For the year 2014, Plaintiff estimates that she worked 1,478 hours.  She was paid $5.00 per hour from July 15, 2014 to about November 15, 2014 (about17 weeks), and $3.00 an hour or less to the end of the year (about 7 weeks).  She should have been paid $7.93 an hour in 2014.  Therefore she is owed the difference between what Defendants paid her and the full Florida minimum wage, which comes to a total of $5,212.54 for the year 2014.  For the week she worked in January, 2015, she should have been paid $8.05 an hour but she was paid $3.00 an hour or less.  She worked about 63 hours, therefore, she should have been paid $507.15 but was paid $189. The difference owed is $318.15 for that week.  The total back pay estimated to be due to her is $5,530.69.

4. Paul F. Penichet is the only current time keeper, and his hourly rate is $375 for out-of-court services and $400 for in-court services.  So far Paul F. Penichet has expended 4.7 hours in this matter.

               Respectfully submitted,

        BY:    /s/ Paul F. Penichet
               Paul F. Penichet
               FBN: 0899380
               paul@penichetlaw.com
               PENICHET LAW
               9655 South Dixie Highway
               Suite 310
               Miami, FL 33156
               Tel:(305) 373-8809
               Fax:(305) 373-8810
               *Counsel for Plaintiff*